IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSTON,   No. CIV S-09-1353-FCD-CMK

    Plaintiff,

  vs.   <u>ORDER</u>

CITY OF RED BLUFF, et al.,

    Defendants.

_____/

    Plaintiff brings this civil action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634, against the City of Red Bluff and various of its employees, as well as Art Frolli, a union representative for Operating Engineers Local No. 3. Good cause appearing therefor, the scheduling conference set for October 29, 2009, before the undersigned in Redding, California, is hereby vacated pending final ruling on defendant Frolli's motion to dismiss.

    IT IS SO ORDERED.

DATED: September 25, 2009

    *Craig M. Kellison*
    _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE

1