# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSTON,  No. CIV S-09-1353-FCD-CMK

    Plaintiff,

  vs.  ORDER

CITY OF RED BLUFF, et al.,

    Defendants.

                               /

    Plaintiff brings this civil action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634, against the City of Red Bluff and various of its employees, as well as Art Frolli, a union representative for Operating Engineers Local No. 3. On February 18, 2010, the court entered a non-final order granting defendant Frolli's motion to dismiss and providing plaintiff an opportunity to file an amended complaint within 30 days. On March 12, 2010, plaintiff filed a notice of appeal of the February 2010 order. Plaintiff also filed in this court a request to proceed in forma pauperis on appeal. That motion, however, is properly

///

///

///

1

addressed by the Ninth Circuit Court of Appeals once the appeal is processed. The Clerk of the Court is directed to terminate the motion at Doc. 27 as a pending motion on the court's docket.

IT IS SO ORDERED.

DATED: March 17, 2010

  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE