# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSTON, | No. CIV S-09-1353-FCD-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF RED BLUFF, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff brings this civil action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634, against the City of Red Bluff and various of its employees. The court is in receipt of a May 10, 2011, letter and declaration sent by defendants' counsel directly to the undersigned's chambers.

       Currently pending on the court's docket as unresolved are plaintiff's motions for summary judgment (Docs. 43 and 55), set for hearing on June 16, 2011. It appears that counsel seeks, through the May 10, 2011, letter, an order continuing the hearing on plaintiff's motions until such time as defendants have had time to conduct adequate discovery. Such a request would properly be the subject of a motion pursuant to Federal Rule of Civil Procedure 56(d) and not an ex parte correspondence to chambers. Counsel's May 10, 2011, letter and declaration are

1 | disregarded and will not be maintained in the court's file.

2 |         IT IS SO ORDERED.

4 | DATED: May 16, 2011

```
                                    /s/ Craig M. Kellison
                                    _____
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```