1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   SCOTT JOHNSTON,                    No. CIV S-09-1353-FCD-CMK

10              Plaintiff,

11         vs.                              <u>ORDER</u>

12   CITY OF RED BLUFF, et al.,

13              Defendants.

14   _____/

15              Plaintiff brings this civil action under the Age Discrimination in Employment Act

16   ("ADEA"), 29 U.S.C. §§ 621-634, against the City of Red Bluff and various of its employees.

17   Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for June 16,

18   2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar

19   and the matter is submitted on the record and briefs without oral argument.

20              IT IS SO ORDERED.

21

22    DATED:  June 15, 2011

23

24                                          _____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

25

26

                                            1