IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSTON, | No. CIV S-09-1353-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF RED BLUFF, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff brings this civil action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634, against the City of Red Bluff and various of its employees. A scheduling conference is hereby set in this matter before the undersigned in Redding, California, on October 19, 2011, at 10:00 a.m. The parties may appear telephonically. Within seven calendar days prior to the hearing, the parties shall each file scheduling conference statements consistent with the court's May 15, 2009, order.

IT IS SO ORDERED.

DATED: September 8, 2011

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1