IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSTON,                        No. CIV S-09-1353-MCE-CMK

       Plaintiff,

  vs.                                                    ORDER

CITY OF RED BLUFF, et al.,

       Defendants.

_____/

       Plaintiff brings this civil action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634, against the City of Red Bluff and various of its employees. An initial status/scheduling conference was held in this matter on October 19, 2011, at 10:00 a.m. before the undersigned. Plaintiff appeared pro se. James Wyatt, Esq., appeared for defendant(s).

       Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

/ / /

/ / /

1. The parties are exempted from the requirements outlined in Federal Rule of Civil Procedure 26(a)(1) and (f);

2. The parties shall exchange lists of expert witnesses no later than May 18, 2012. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e). Failure to comply with these requirements may result in the imposition of appropriate sanctions, which may include the preclusion of testimony or other evidence offered through the expert witness;

3. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by June 18, 2012;

4. All other pre-trial motions, including dispositive motions, shall be noticed to be heard by August 13, 2012, but no motions for summary judgment may be set for hearing prior to 150 days from the date of this order;

5. The pre-trial conference is set for November 1, 2012, at 2:00 p.m. before the Honorable Morrison C. England, Jr.. Separate pre-trial statements shall be filed pursuant to Local Rule 281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

6. Jury trial of this matter is set for December 3, 2012, at 9:00 a.m. before the Honorable Morrison C. England, Jr. The parties shall file trial briefs pursuant to Local Rule 285.

IT IS SO ORDERED.

DATED: November 2, 2011

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE