UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>                Plaintiff,<br><br>   v.<br><br>CITY OF RED BLUFF, et al.,<br><br>                Defendants. | No.  2:09-cv-01353-MCE-CMK<br><br><br>ORDER |

       The Court is in receipt of the Motion for Reconsideration of the Magistrate Judge's Ruling (ECF No. 86) filed by Plaintiff Scott Johnson ("Plaintiff").  Plaintiff's Motion is DENIED without prejudice as premature because at the time it was filed the magistrate judge had not issued any order for this Court to reconsider.

       IT IS SO ORDERED.

Dated:  July 31, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1