IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSTON, | No. 2:09-CV-1353-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF RED BLUFF, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff brings this civil action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634, against the City of Red Bluff and various of its employees. Plaintiff alleges age discrimination and related constitutional and state law torts with respect to his employment as an engineering technician for defendant City of Red Bluff. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 19, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 87) which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2 304(f), this court has conducted a de novo review of this case.  Having carefully reviewed the
3 entire file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1.  The findings and recommendations filed July 19, 2012, are ADOPTED IN
7 FULL;
8  2.  Plaintiff's motion for summary judgment (Doc. 78) is DENIED; and
9  3.  Defendants' request for relief pursuant to Federal Rule of Civil Procedure
10 56(f)(1) is DENIED without prejudice to filing a separate motion for summary judgment.

Dated: August 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE