1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

SCOTT JOHNSTON,                                     No. 2:09-cv-01353-MCE-CMK

12

        Plaintiff,

13

    v.                                                        <u>ORDER</u>

14

CITY OF RED BLUFF, et al.,

15

        Defendants.

16

_____/

17

     Plaintiff brings this civil action under the Age Discrimination in Employment Act

18

("ADEA"), 29 U.S.C. §§ 621-634, against the City of Red Bluff and various of its employees.

19

The matter was referred to a United States Magistrate Judge pursuant to Eastern District of

20

California local rules.

21

     On February 13, 2013, the Magistrate Judge filed findings and recommendations herein

22

(ECF No. 102) which were served on the parties and which contained notice that the parties may

23

file objections within a specified time.  Plaintiff filed timely objections to the findings and

24

recommendations.  (ECF No. 103.)

25

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f),

26

this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations (ECF No. 102) filed February 13, 2013, are ADOPTED IN FULL;

2.    Defendants' Motion for Summary Judgment (ECF No. 93) is construed as a motion for summary adjudication and, so construed, is GRANTED IN PART and DENIED IN PART;

3.    Summary adjudication is GRANTED in favor of all individual Defendants on all claims; and

4.    Summary adjudication is granted in favor of Defendant City of Red Bluff on all claims except Plaintiff's ADEA claim based on failure to promote, which shall proceed to trial.

Date: April 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT