IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSTON, | No. 2:09-CV-1353-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| CITY OF RED BLUFF, | |
| Defendant. | |
| _____/ | |

      Plaintiff brings this civil action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634.  A final scheduling conference was held in this matter on June 26, 2013, at 10:00 a.m. before the undersigned.  Plaintiff appeared pro se.  James Wyatt, Esq., appeared for defendant.

      Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, the court will, by this order, set a final schedule pursuant to Federal Rule of Civil Procedure 16(b).

/ / /

/ / /

/ / /

1. The pre-trial conference is set for September 5, 2013, at 2:00 p.m. before the Honorable Morrison C. England, Jr.. Separate pre-trial statements shall be filed pursuant to Eastern District of California Local Rule 281. At the pre-trial conference, the court will set deadlines, among others, to file motions in limine, final witness and exhibits lists, objections thereto, and other trial documents; and

2. Jury trial of this matter is set for October 21, 2013, at 9:00 a.m. before the Honorable Morrison C. England, Jr. The parties shall file trial briefs pursuant to Eastern District of California Local Rule 285.

IT IS SO ORDERED.

DATED: August 1, 2013

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE