IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSTON, | No. 2:09-CV-1353-CMK-P |
|     Plaintiff, | |
|  vs. | ORDER |
| CITY OF RED BLUFF, | |
|     Defendant. | |
|                               / | |

        Plaintiff, who is proceeding pro se, brings this civil action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634.  The parties appeared before the undersigned on April 1, 2014, at 11:30 a.m. for a telephonic status conference.  Plaintiff appeared pro se.  James A. Wyatt, Esq., appeared for defendant.

        At the last hearing in this matter, held on March 19, 2014, the court granted defendant's motion for limited additional discovery and directed plaintiff to provide documents relating to his disability status.  In an effort to preserve the current April 21, 2014, trial date, plaintiff was directed to comply by March 28, 2014.  Based on the current reports of the parties, plaintiff has not fully complied and, apparently, has no intention of doing so absent formal discovery requests from defendant and, if necessary, orders from the court.  Given the foregoing,

the court will re-open discovery.

Accordingly, IT IS HEREBY ORDERED that:

1. The trial confirmation hearing set for April 14, 2014, is vacated;

2. The jury trial set for commencement on April 21, 2014, is vacated;

3. Discovery is re-opened;

4. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by August 29, 2014; and

5. A trial confirmation hearing is re-set for September 10, 2014, at 11:00 a.m. before the undersigned in Redding, California.

DATED: April 1, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE