# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSTON,                         No. 2:09-CV-1353-CMK-PS

    Plaintiff,

  vs.                                                  <u>ORDER</u>

CITY OF RED BLUFF,

    Defendant.

_____/

    Plaintiff, who is proceeding pro se, brings this civil action under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§ 621-634. The parties appeared before the undersigned on September 3, 2014, at 11:00 a.m. for a trial confirmation hearing. Plaintiff appeared pro se. James A. Wyatt, Esq., appeared for defendant.

    Good cause appearing therefor, IT IS HEREBY ORDERED that:

    1.    Trial is set to commence on December 8, 2014, at 9:00 a.m. in Courtroom 1, Sacramento, California;

    2.    The parties shall file a supplemental joint pre-trial statement by September 19. 2014; and

/ / /

2. Defendant shall provide plaintiff and the court with its trial exhibits by October 10, 2014.

DATED: September 16, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE